UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-00058 |
| v. | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| LUIS MERAZ-JAQUEZ | ) | 8 U.S.C. § 1326(b)(2) |

# INDICTMENT

<u>COUNT ONE</u>

THE GRAND JURY CHARGES:

Sometime after January 11, 2019, in the Middle District of Tennessee and elsewhere, **LUIS MERAZ-JAQUEZ**, an alien previously deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony as defined by Title 8, United States Code, Section 1101(a)(43), entered and was found in the United States without the required prior and express consent of the Secretary of Homeland Security of the United States for reapplication by the defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

/s/ Josh Kurtzman

JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY